Mary K. McNamee, Respondent, v. Ruth A. Griffin, Appellant.

Argued October 7, 1955; decided November 23, 1955.

*Joseph Winston* and *Abraham M. Perkus* for appellant.

*Mortimer Goodman* and *John J. Grandefeld* for respondent.

*Albert Hirst* for New York State Association of Life Underwriters, *amicus curiæ,* in support of respondent's position.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.